Ruchell MAGEE, Appellant,

v.

Louis F. NELSON, Warden, et al.,
Respondents.

No. 22250.

United States Court of Appeals
Ninth Circuit.

Aug. 16, 1968.

———◆———

Ruchell Magee, in pro. per.

Thomas Lynch, Atty. Gen., San Francisco, Cal., for appellee.

Before CHAMBERS, MERRILL and ELY, Circuit Judges.

MERRILL, Circuit Judge:

This appeal, on motion of appellant, was severed from that in Gilmore v. California, No. 22,052A/F, in which our opinion has today been filed. The appeal is taken from the same order as was the *Gilmore* appeal—an order denying a motion for the convening of a three-judge court. Appellant in severing his appeal, has apparently done so in order to dissociate himself from the single issue which, in *Gilmore*, we found to support three-judge-court jurisdiction, and to confine his claim to what in *Gilmore* we described as "certain present practices allegedly followed at [the California State Penitentiary at] San Quentin which are not state-wide in application and not properly the subject of three-judge-court jurisdiction."

Accordingly, as to appellant Magee the order of the District Court is affirmed.